LAW OFFICES
KRAMON & GRAHAM, P.A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201
TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269
www.kramonandgraham.com

JOHN F. DOUGHERTY
DIRECT DIAL
(410) 347-7421
DIRECT FACSIMILE
(410) 361-8224

E-MAIL
jdougherty@kg-law.com

September 30, 2021

**By ECF**
The Honorable Beth P. Gessner
Chief United States Magistrate Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

  Re: *Siamak[1] Salehi et al. et al. v. Builders Mutual Ins. Co.*
    Civil Action No.: BPG-21-2031

Dear Judge Gessner:

  Plaintiffs Mr. and Mrs. Salehi, by their undersigned counsel, and with the consent of counsel for Defendant Builders Mutual Insurance Company ("BMIC"), submit this report in accordance with the Court's Scheduling Order.

  1. The Parties unanimously consent to having the case transferred to a U.S. Magistrate Judge.

  2. The Parties request a settlement conference before another Magistrate Judge, after the close of discovery.

  3. The Parties have conferred about the likely scope of electronic discovery and do not presently see any areas of likely disagreement.

  4. The parties do not wish to defer expert discovery until after summary judgment motions are resolved.

  5. The parties request that the scheduling order be amended as follows:

---

[1] Plaintiffs' request that the Court and Defendant note and use the correct spelling of Mr. Salehi's first name -- Siam**a**k -- which was misspelled when the case was removed to this Court.

September and October deadlines: no changes are requested
January 27, 2022: Fact discovery deadline
February 28, 2022: Plaintiff's Rule 26(a)(2) disclosures
March 14, 2022: Defendant's Rule 26(a)(2) disclosures
March 28, 2022: Plaintiff's rebuttal Rule 26(a)(2) disclosures
April 4, 2022: Rule 26(e)(2) supplementation of disclosures and responses
April 25, 2022 Discovery deadline; submission of status report
May 2, 2022: Requests for admission
May 30, 2022: Dispositive pretrial motions deadline

6. The Parties request that each side be allowed 25 hours for depositions.

7. The Parties estimate the trial will take five days or less.

Respectfully,
*/s/ John F. Dougherty*
John F. Dougherty

cc: Danny M. Howell, Esquire (by ECF)
Jennifer L. Rowlett, Esquire (by ECF)